UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

ROBERT McCULLOUGH,          )
                            )
    Plaintiff,            )
                            )
v.                          )    CIVIL NO. 1:12cv398
                            )
IPFW UNIVERSITY,            )
                            )
    Defendant.            )

OPINION AND ORDER

This matter is before the court on a motion to reconsider filed by the plaintiff, Robert McCullough ("McCullough"), on February 14, 2013. The defendant, IPFW University ("IPFW"), filed its response on February 28, 2008. McCullough has declined to file a reply.

For the following reasons the motion to reconsider will be denied.

Discussion

On February 11, 2013, this court entered an order granting IPFW's motion to dismiss and denying McCullough's motion to amend complaint. In his present motion, McCullough argues that the court issued its order before the date the his reply brief was due, and that he intended to file a reply. A review of the record shows that on December 11, 2012, this court issued an order requiring McCullough to file his reply in support of his motion to amend by February 7, 2013 [DE 17]. This court's order was entered on February 11, 2013, four days after the deadline for filing the reply. Thus, McCullough's argument is clearly without merit.

McCullough claims that he has a valid retaliation claim that was improperly dismissed by the court. However, as the court noted in its February 11, 2013 order, McCullough's proposed claims could not withstand a motion to dismiss. Under Title VII, a plaintiff may assert a claim for retaliation in the event the plaintiff is terminated in retaliation for engaging in protected

activity.  *EEOC v. Concentra Health Services, Inc.*, 496 F.3d 773, 782 (7th Cir. 2007).  In McCullough's proposed amended complaint he alleges that he was retaliated against for issuing a memorandum "concerning employee problem areas at work."  This allegation fails as a matter of law because such activity is not protected activity for purposes of Title VII.

Accordingly, McCullough's motion to reconsider will be denied.

## Conclusion

On the basis of the foregoing, McCullough's motion to reconsider [DE27] is hereby DENIED.

Entered: May 16, 2013.

                                                     s/ William C.  Lee
                                                   William C. Lee, Judge
                                                   United States District Court